UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESLIE PINCIARO DUDLEY,

    Plaintiff,

v.        CASE NO. 3:13-cv-01287-HES-JBT

ELI LILLY AND COMPANY, a Foreign
For-Profit Corporation; and LILLY USA,
LLC, a Foreign For-Profit Limited Liability
Company,

    Defendants.
_____/

## DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S NOTICE OF APPEAL

Notice is hereby given that Defendants Eli Lilly and Company and Lilly USA, LLC (together, "Lilly"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order granting Plaintiff's Motion to Remand and Incorporated Memorandum of Law (Dkt. 25). A copy of the Court of Appeals' order granting Lilly's petition for permission to appeal pursuant to the Class Action Fairness Act of 2005 and Fed. R. App. P. 5 is attached.

Dated this 15th day of July, 2014.

    By: *s/Eric J. Holshouser*
    Eric J. Holshouser
    Florida Bar No.: 0307734
    Email: eric.holshouser@fowlerwhite.com

    BUCHANAN INGERSOLL & ROONEY PC |
    FOWLER WHITE BOGGS P.A.
    50 North Laura Street, Suite 2800
    Jacksonville, FL 32202
    (904) 598-3100 – Telephone
    (904) 598-3131 – Facsimile

Ellen E. Boshkoff
*Admitted Pro Hac Vice*
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
Telephone: (317) 237-1266
Fax: (317) 237-8566
E-mail: ellen.boshkoff@FaegreBD.com

Thomas W. Carroll
*Admitted Pro Hac Vice*
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone:  (303) 607-3500
Fax: (303) 607-3600
E-Mail: thomas.carroll@FaegreBD.com

Trial Counsel for Defendants Eli Lilly and Company and Lilly USA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to the following:

    Brian W. Warwick
    E-mail:  bwarwick@varnellandwarwick.com
    marnst@varnellandwarwick.com (secondary)

    Janet R. Varnell
    E-mail:  jvarnell@varnellandwarwick.com

    Steven T. Simmons
    E-mail:  ssimmons@varnellandwarwick.com
    Varnell & Warwick, P.A.
    P. O. Box 1870
    Lade Lake, Florida  32158

    William J. Scott
    The Law Offices of William J. Scott
    554 Lomax Street
    Jacksonville, Florida  32204
    E-mail:  wjscott.service@wjscottlaw.com

    Attorneys for Plaintiff

    *s/Eric J. Holshouser*